ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR 0 3 2002
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

UNITED STATES OF AMERICA,

Plaintiff,

v.

PATRICK J. PALOMO,

Defendant.

Criminal Case No. 88-00056
CV-02-00001

**ORDER**

This Court is in receipt of Defendant's Motion to set aside, correct or vacate his sentence pursuant to 28 U.S.C. § 2255, filed on January 2, 2002. This is the second section 2255 motion which the defendant has filed. However, the defendant has failed to obtain permission from the Ninth Circuit to file a successive motion pursuant to 28 U.S.C. § 2244(b). See 28 U.S.C. § 2255. Moreover, this motion is untimely and exceeds the one year statute of limitations. See Id. Accordingly, the Court **DENIES** the Defendant's motion.

IT IS SO ORDERED, this 2nd day of April, 2002.

JOHN S. UNPINGCO
District Judge

Notice is hereby given that this document was entered on the docket on 04-03-2002.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 4-3-2002
Deputy Clerk    Date